UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
PHILIP C. BOHM, *et al.*,              )
                                       )    MDL 09-2076RSL
                     Plaintiffs,       )
       v.                              )    No. C09-1178RSL
                                       )
PARK WEST GALLERY, INC., *et al.*,     )    ORDER GRANTING AGREED
                                       )    MOTION TO EXTEND TIME
                     Defendants.       )
_____)

It is hereby ordered that the "Agreed Motion to Extend Plaintiffs' Time to Respond to Defendant Royal Caribbean Cruises Ltd.'s and Celebrity Cruises Inc.'s Motion to Dismiss" is GRANTED. Plaintiffs shall have until November 2, 2009, to file their opposition, or until the date otherwise specified by this Court in any case management order. The Clerk of Court is directed to renote Royal Caribbean's motion to dismiss (MDL 09-2076RSL, Dkt. # 16; C09-1178RSL, Dkt. # 26) to Friday, November 6, 2009. Plaintiffs' "Motion to Defer Defendants Royal Caribbean Cruises Ltd.'s and Celebrity Cruises Inc.'s Motion to Dismiss" (MDL 09-2076RSL, Dkt. # 21 and 23); C09-1178RSL, Dkt. # 32 and 34) is DENIED as moot.

Dated this 20th day of October, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge