Honorable Robert S. Lasnik

**09-MD-02076-VRDCT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PARK WEST GALLERIES, INC., MARKETING AND SALES PRACTICES LITIGATION | NO. 2:09-md-02076-RSL <br><br> **STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR CARNIVAL DEFENDANTS** |
| THIS DOCUMENT RELATES TO: *BOHM V. PARK WEST GALLERIES, INC., et al (C09-1178) AND HATTER V. PARK WEST GALLERIES, INC., et al (C09-1242RSL)* | **Noted for Hearing:** **January 28, 2010** |

STIPULATION

The parties, by and through their counsel of record, hereby stipulate and agree as follows, and request that the Court enter the Order set forth below:

1. The parties stipulate and agree to the immediate withdrawal of David M. Schoeggl, Stephania C. Denton, and Caryn Geraghty Jorgensen of Mills Meyers Swartling as counsel for defendants Carnival Corporation, Carnival Cruise Lines and Carnival plc ("Carnival").

2. The parties further stipulate that, effective immediately, said withdrawing attorneys shall be substituted by Stephen M. Rummage, Fred B. Burnside, and Daniel Davies of Davis Wright Tremaine LLP, and that all further papers and pleadings, exclusive of original

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR CARNIVAL
DEFENDANTS (No. C09-2076RSL)- 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

process, should be served upon the Carnival defendants by serving Davis Wright Tremaine LLP, 1201 3rd Avenue, Suite 2200, Seattle, Washington 98101.

3. By their signature below, withdrawing counsel for Carnival certifies that this stipulated motion was served on the Carnival defendants and all counsel to this litigation pursuant to GR 2(g)(4)(A) and that counsel has advised the Carnival defendants, as required by GR 2(g)(4)(B), that as corporate entities they are required by law to be represented by an attorney in this action. By virtue of the concurrent substitution of counsel, the Carnival defendants will have no lapse in representation before the Court.

DATED January 28, 2010.

| MILLS MEYERS SWARTLING<br>Withdrawing Attorneys for Defendants<br>Carnival Corporation, Carnival Cruise Lines<br>and Carnival plc | DAVIS WRIGHT TREMAINE<br>Substituting Attorneys for Carnival<br>Corporation, Carnival Cruise Lines and<br>Carnival plc |
|---|---|
| By: /s/David M. Schoeggl<br>David M. Schoeggl<br>WSBA No. 13638<br>Stephania C. Denton<br>WSBA No.: 21920<br>Caryn Geraghty Jorgensen<br>WSBA No.: 27510<br>dschoeggl@mms-seattle.com<br>sdenton@mms-seattle.com<br>cjorgensen@mms-seattle.com | By: /s/Stephen Michael Rummage<br>(per telephone authority)<br>Stephen Michael Rummage<br>WSBA No. 11168<br>Fred B. Burnside<br>WSBA No. 32491<br>Daniel Davies<br>WSBA No. 41793<br>steverummage@dwt.com<br>fredburnside@dwt.com<br>danieldavies@dwt.com |

COFFEY BURLINGTON
  Paul Schwiep
  Bob Burlington
  Alice Meyer
  pschwiep@coffeyburlington.com
  rburlington@coffeyburlington.com
  ameyer@cofferyburlington.com

STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR CARNIVAL
DEFEDANTS (No. C09-2076RSL)- 2

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

HAGENS BERMAN SOBOL SHAPIRO LLP
Lead Attorneys for Plaintiffs

DANIELSON HARRIGAN & TOLLEFSON
Attorneys for Royal Caribbean Cruises Ltd

By: /s/Ivy Arai Tabbara
    (per telephone authority)
    Steve W. Berman
    WSBA No. 12536
    Ivy Arai Tabbara
    WSBA No. 30859
    steve@hbsslaw.com
    ivy@hbsslaw.com

By: /s/ Randall Thomsen
    (per telephone authority)
    Timothy G. Leyh
    WSBA No. 14853
    Randall Thomsen
    WSBA No. 25310
    timl@dhlt.com
    randallt@dhlt.com

SWEETNAM LLC

William M. Sweetnam
Admitted *Pro Hac Vice*

## ORDER

IT IS SO ORDERED.

DATED this 2nd day of Feb 2010.

/s/ Robert S. Lasnik
Honorable Robert S. Lasnik

Presented by:

MILLS MEYERS SWARTLING
Attorneys for Defendants Park West Galleries, Inc., Fine Art Sales, Inc., HSBC Bank Nevada N.A. and Withdrawing Attorneys for Carnival Corporation, Carnival Cruise Lines and Carnival plc

By: /s/David M. Schoeggl
    David M. Schoeggl
    WSBA No. 13638
STIPULATED MOTION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR CARNIVAL
DEFEDANTS (No. C09-2076RSL)- 3

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343