UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                                      )
In re: PARK WEST GALLERIES, INC.,               )     MDL No. 09-2076RSL
MARKETING AND SALES PRACTICES      )
LITIGATION                                                      )
_____)
                                                                      )     ORDER GRANTING PLAINTIFFS'
THIS DOCUMENT RELATES TO:                      )     MOTION TO SEAL
                                                                      )
Bohm v. Park West Galleries, Inc.,                     )
Case No. C09-1178RSL                                      )
                                                                      )
Hatter v. Park West Galleries, Inc.,                    )
Case No. C09-1242RSL                                      )
                                                                      )
Alleman v. Park West Galleries, Inc.,                )
Case No. C09-1716RSL                                      )
                                                                      )
Mullen v. Park West Galleries, Inc.,                  )
Case No. C09-1717RSL.                                     )
_____)

        This matter comes before the Court on "Plaintiff's Motion to Seal." MDL09-2076, Dkt. # 213. Because the Proposed Third Amended Consolidated Class Action Complaint has not been accepted for filing as written, the public's interest in that document is outweighed by defendants' interest in protecting commercially sensitive information, such as the terms of their Consessionaire Agreements. Plaintiff's motion to seal is therefore GRANTED. The documents posted at Dkt. # 215 and Dkt. # 216 shall remain under seal.

ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL

1       Dated this 15th day of September, 2010.

2

3                        /s/ Robert S. Lasnik
                          Robert S. Lasnik

4                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL                     -2-